NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SPECTRE CORP.,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2026-1087

---

Appeal from the United States Court of Federal Claims in No. 1:16-cv-00932-RTH, Judge Ryan T. Holte.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2)  Each side shall bear their own costs.

FOR THE COURT

December 23, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** December 23, 2025